COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Attorneys for Defendants
*FibroGen, Inc., James A. Schoeneck, Jeffrey W. Henderson, Maykin Ho, Ph.D., Benjamin F. Cravatt, Ph.D., Jeffrey L. Edwards, Rory B. Riggs, Enrique Conterno, Aoife Brennan, M.B., B.Ch., and Thomas F. Kearns Jr.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESA PARDOS MILLAN, Derivatively on Behalf of Nominal Defendant FIBROGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES A. SCHOENECK, JEFFREY W. HENDERSON, MAYKIN HO, PH.D., BENJAMIN F. CRAVATT, PH.D., JEFFREY L. EDWARDS, RORY B. RIGGS, ENRIQUE CONTERNO, AOIFE BRENNAN, M.B., B.CH., THOMAS F. KEARNS JR., AND GERALD LEMA, <br><br> Defendants, <br><br> FIBROGEN, INC., <br><br> Nominal Defendant. | Case No. 3:21-cv-05871-EMC <br><br> **JOINT STATUS UPDATE REGARDING SECURITIES LITIGATION AND STAY OF PROCEEDINGS** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JT. STATUS UPDATE RE SECURITIES
LITIGATION AND STAY
3:21-CV-05871-EMC

1    Pursuant to the joint stay stipulation on October 29, 2021 (ECF No. 24), Plaintiff and Defendants in the above-captioned action (collectively, the "Parties"), provide the following Joint Status Update regarding the securities class action captioned *In Re FibroGen, Inc., Securities Litigation*., Case No.: 3:21-cv-02623-EMC (the "Securities Litigation").

   On October 25, 2021, the Parties filed a joint stipulation to stay the proceedings until (1) the Securities Litigation is dismissed, with prejudice by the Federal Court, and all appeals related thereto have been exhausted; or (2) the motion to dismiss the Securities Litigation is denied, and the PSLRA stay dissolves as a matter of law; or (3) either of the Parties gives a ten (10) day notice that they no longer consent to the stay.  The Parties also agreed to notify the court upon (1) the dismissal of the Securities Class Action, with prejudice, and all appeals related thereto have been exhausted; or (2) the denial of any motion to dismiss the Securities Class Action in whole or in part; or (3) either of the parties to this Stipulation has given notice that they no longer consent to the stay. The Court entered the stay stipulation on October 29, 2021 (ECF No. 24).

   On July 15, 2022, the Court in the Securities Litigation denied in part Defendants' Motion to Dismiss.  The Parties are in the process of meeting and conferring to discuss the most efficient manner to handle further proceedings in this action, and the Parties agree that, within thirty (30) days, they will provide the Court with a joint status update.

Dated: August 1, 2022                              COOLEY LLP

                                                  By: */s/ Tijana M. Brien*
                                                      Tijana M. Brien

                                                  Attorneys for Defendants
                                                  *FibroGen, Inc., James A. Schoeneck, Jeffrey W. Henderson, Maykin Ho, Ph.D., Benjamin F. Cravatt, Ph.D., Jeffrey L. Edwards, Rory B. Riggs, Enrique Conterno, Aoife Brennan, M.B., B.Ch., and Thomas F. Kearns Jr.*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

JT. STATUS UPDATE RE SECURITIES
LITIGATION AND STAY
3:21-CV-05871-EMC

| | | |
|---|---|---|
| 1 | Dated: August 1, 2022 | MAGNANIMO & DEAN, LLP |
| 2 | | |
| 3 | | By: */s/ Lauren Dean* |
| 4 | | Lauren Dean |
| | | Lauren@MagDeanLaw.com |
| 5 | | 21031 Ventura Boulevard, Suite 803 |
| | | Woodland Hills, CA 91364 |
| 6 | | Telephone: (818) 305-3450 |
| | | Facsimile: (818) 305-3451 |
| 7 | | |
| | | Thomas J. McKenna |
| 8 | | Gregory M. Egleston |
| | | GAINEY McKENNA & EGLESTON |
| 9 | | 501 Fifth Avenue, 19th Floor |
| | | New York, NY 10017 |
| 10 | | Telephone: (212) 983-1300 |
| | | Facsimile: (212) 983-0383 |
| 11 | | tjmckenna@gme-law.com |
| | | gegleston@gme-law.com |
| 12 | | |
| | | *Attorneys for Plaintiff* |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

JT. STATUS UPDATE RE SECURITIES
LITIGATION AND STAY
3:21-CV-05871-EMC

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(h)(3)**

Pursuant to Civ. L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: August 1, 2022　　　　　　　　　　　　　　　　　　*/s/ Tijana M. Brien*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tijana M. Brien

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

JT. STATUS UPDATE RE SECURITIES
LITIGATION AND STAY
3:21-CV-05871-EMC