Lauren Dean
MAGNANIMO & DEAN, LLP
21031 Ventura Boulevard, Suite 803
Woodland Hills, CA 91364
Telephone: (818) 305-3450
Facsimile: (818) 305-3451
Lauren@MagDeanLaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESA PARDOS MILLAN, Derivatively on Behalf of Nominal Defendant FIBROGEN, INC., | Case No. 3:21-cv-05871-EMC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| JAMES A. SCHOENECK, JEFFREY W. HENDERSON, MAYKIN HO, PH.D., BENJAMIN F. CRAVATT, PH.D., JEFFREY L. EDWARDS, RORY B. RIGGS, ENRIQUE CONTERNO, AOIFE BRENNAN, M.B., B.CH., THOMAS F. KEARNS JR., GERALD LEMA, SUZANNE BLAUG, PAT COTRONEO, CHRISTINE CHUNG, MARK EISNER, K. PEONY YU, KALEVI KURKIJÄRVI | |
| Defendants, | |
| FIBROGEN, INC., | |
| Nominal Defendant. | |

1       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, derivative plaintiff

2   Vanessa Pardos Millan ("Plaintiff") and Defendants James A. Schoeneck, Jeffrey W. Henderson,

3   Maykin Ho, Ph.D., Benjamin F. Cravatt, Ph.D., Jeffrey L. Edwards, Rory B. Riggs, Enrique

4   Conterno, Aoife Brennan, M.B., B.Ch., Thomas F. Kearns Jr., Gerald Lema, Suzanne Blaug, Pat

5   Cotroneo, Christine Chung, Mark Eisner, K. Peony Yu, Kalevi Kurkijärvi , and nominal defendant

6   Fibrogen Inc. ("Defendants") stipulate and agree that Plaintiffs are hereby dismissing all claims

7   against Defendants without prejudice, and with each party agreeing to bear their own attorneys'

8   fees and costs.

9
10   Dated: January 23, 2024                    MAGNANIMO & DEAN, LLP

11
12                                                                      By: */s/ Lauren Dean*
                                                                            Lauren Dean
13
                  5850 Canoga Ave., Suite 400
14             Woodland Hills, CA 91367
                  Telephone: (818) 305-3450
15             Facsimile: (818) 305-3451
                  Lauren@MagDeanLaw.com
16
                  Thomas J. McKenna
17             Gregory M. Egleston
                  GAINEY McKENNA & EGLESTON
18             501 Fifth Avenue, 19th Floor
                  New York, NY 10017
19             Telephone: (212) 983-1300
                  Facsimile: (212) 983-0383
20             tjmckenna@gme-law.com
                  gegleston@gme-law.com
21
                  *Attorneys for Plaintiff Vanesa Pardos Millan*
22

23

24

25

26

27

28

1

1    Dated: January 23, 2024                    COOLEY LLP

2

3                                               By: */s/ Tijana N. Brien*
                                                    Tijana M. Brien
4
                                                Attorneys for Defendants
5                                               *FibroGen, Inc., James A. Schoeneck, Jeffrey W.*
                                                *Henderson, Maykin Ho, Ph.D., Benjamin F.*
6                                               *Cravatt, Ph.D., Jeffrey L. Edwards, Rory B.*
                                                *Riggs, Enrique Conterno, Aoife Brennan, M.B.,*
7                                               *B.Ch., Thomas F. Kearns Jr., Gerald Lema,*
                                                *Suzanne Blaug, Pat Cotroneo, Christine Chung,*
8                                               *Mark Eisner, and Kalevi Kurkijärvi*

9

10   Dated: January 23, 2024                    PILLSBURY WINTHROP SHAW PITTMAN
                                                LLP
11

12                                              By: */s/ Bruce A. Ericson*
                                                    Bruce A. Ericson (76342)
13                                                  Lee Brand (287110)
                                                    Four Embarcadero Center, 22nd Floor
14                                                  San Francisco, CA 94111-5998
                                                    Telephone: (415) 983-1000
15                                                  Email: bruce.ericson@pillsburylaw.com

16                                              *Attorneys for Defendant K. Peony Yu*

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION OF DISMISSAL**
**3:21-cv-05871-EMC**

1

**<u>ATTESTATION PURSUANT TO CIV. L.R. 5-1(h)(3)</u>**

2          Pursuant to Civ. L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has

3   been obtained from the signatories.

4   Dated:  January 23, 2024                                    */s/ Lauren Dean*
                                                                     Lauren Dean
5

6

7   IT IS SO ORDERED.

8   DATED: _____                        _____
                                                             Hon. Edward M. Chen
9                                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION OF DISMISSAL**
**3:21-cv-05871-EMC**