1  Lauren Dean
   MAGNANIMO & DEAN, LLP
2  21031 Ventura Boulevard, Suite 803
   Woodland Hills, CA 91364
3  Telephone: (818) 305-3450
   Facsimile: (818) 305-3451
4  Lauren@MagDeanLaw.com

5  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESA PARDOS MILLAN, Derivatively on Behalf of Nominal Defendant FIBROGEN, INC., | Case No. 3:21-cv-05871-EMC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| JAMES A. SCHOENECK, JEFFREY W. HENDERSON, MAYKIN HO, PH.D., BENJAMIN F. CRAVATT, PH.D., JEFFREY L. EDWARDS, RORY B. RIGGS, ENRIQUE CONTERNO, AOIFE BRENNAN, M.B., B.CH., THOMAS F. KEARNS JR., GERALD LEMA, SUZANNE BLAUG, PAT COTRONEO, CHRISTINE CHUNG, MARK EISNER, K. PEONY YU, KALEVI KURKIJÄRVI | |
| Defendants, | |
| FIBROGEN, INC., | |
| Nominal Defendant. | |

**JOINT STIPULATION OF DISMISSAL**
**3:21-cv-05871-EMC**

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, derivative plaintiff
2  Vanessa Pardos Millan ("Plaintiff") and Defendants James A. Schoeneck, Jeffrey W. Henderson,
3  Maykin Ho, Ph.D., Benjamin F. Cravatt, Ph.D., Jeffrey L. Edwards, Rory B. Riggs, Enrique
4  Conterno, Aoife Brennan, M.B., B.Ch., Thomas F. Kearns Jr., Gerald Lema, Suzanne Blaug, Pat
5  Cotroneo, Christine Chung, Mark Eisner, K. Peony Yu, Kalevi Kurkijärvi , and nominal defendant
6  Fibrogen Inc. ("Defendants") stipulate and agree that Plaintiffs are hereby dismissing all claims
7  against Defendants without prejudice, and with each party agreeing to bear their own attorneys'
8  fees and costs.

Dated: January 23, 2024                MAGNANIMO & DEAN, LLP

By: */s/ Lauren Dean*
      Lauren Dean

5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367
 Telephone: (818) 305-3450
Facsimile: (818) 305-3451
Lauren@MagDeanLaw.com

Thomas J. McKenna
Gregory M. Egleston
GAINEY McKENNA & EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff Vanesa Pardos Millan*

| | | |
|---|---|---|
| 1 | Dated: January 23, 2024 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Tijana N. Brien* |
| 4 | | Tijana M. Brien |
| 5 | | Attorneys for Defendants<br>*FibroGen, Inc., James A. Schoeneck, Jeffrey W. Henderson, Maykin Ho, Ph.D., Benjamin F. Cravatt, Ph.D., Jeffrey L. Edwards, Rory B. Riggs, Enrique Conterno, Aoife Brennan, M.B., B.Ch., Thomas F. Kearns Jr., Gerald Lema, Suzanne Blaug, Pat Cotroneo, Christine Chung, Mark Eisner, and Kalevi Kurkijärvi* |
| 9 | Dated: January 23, 2024 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 11 | | |
| 12 | | By: */s/ Bruce A. Ericson*<br>Bruce A. Ericson (76342)<br>Lee Brand (287110)<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone: (415) 983-1000<br>Email: bruce.ericson@pillsburylaw.com |
| 15 | | *Attorneys for Defendant K. Peony Yu* |

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(h)(3)**

Pursuant to Civ. L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: January 23, 2024

*/s/ Lauren Dean*
Lauren Dean

IT IS SO ORDERED.

DATED: January 23, 2024

_____
Hon. Edward M. Chen
United States District Judge